| | |
|---|---|
| 1 | William M. Audet (CA117456) |
| 2 | AUDET & PARTNERS, LLP<br>221 Main Street Suite 1460 |
| 3 | San Francisco, CA 94105<br>Telephone: (415) 568-2555 |
| 4 | Facsimile: (415) 568-2556 |
| 5 | Attorneys for Plaintiffs, Petra Curry |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | Case No. 3:06-cv-5038-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| PETRA CURRY,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | ) ) ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, PETRA CURRY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: November 9, 2009    AUDET & PARTNERS, LLP

By: /s/ *signature*
Counsel's Name
Attorneys for Plaintiff, Petra Curry


DATED: Dec. 22, 2009    DLA PIPER LLP (US)

By: /s/ *signature*
Michelle W. Sadowsky
Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

/s/ *signature*
Hon. Charles R. Breyer
United States District Court